UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-25081-Civ-COOKE/DAMIAN

CANOBINOTI, LLC and
DAVID OCOMO,

  Plaintiffs,

v.

RICHARD WOODS, REAL ESTATE
ACQUISITION DEVELOPMENT SALES, LLC
d/b/a READS-HEALTHCARE, LLC,
THE LIONS GROUP, LLC, JAKE YANG,
JO ANN MAKOUS, C&A LOGISTIX, LLC,
NATALIE MAKOUS, LEAH COX, and IANUA
MARKET LTD.,

  Defendants.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION**

  THIS MATTER is before the Court upon the Report and Recommendation ("R&R") of the Honorable Melissa Damian, U.S. Magistrate Judge (ECF No. 74) regarding Defendants IANUA Market, Ltd., and Leah Cox's (collectively, "the IANUA Defendants") Motion to Dismiss for Lack of Personal Jurisdiction (ECF No. 30) and Plaintiffs' Motion for Leave to Supplement their Response to the Motion to Dismiss for Lack of Personal Jurisdiction (ECF No. 54).

  In her R&R, Judge Damian recommends that the IANUA Defendants' Motion to Dismiss (ECF No. 30) be granted and that Counts VI, VII, and VIII against Defendants IANUA Market, Ltd., and Leah Cox be dismissed because these Defendants are not subject to personal jurisdiction in this Court. ECF No. 74. Judge Damian also recommends that Plaintiffs' Motion for Leave to Supplement their Response to the Motion to Dismiss (ECF No. 54) be denied. *Id*. The parties have not filed objections to the R&R, and the time to do so has passed.

  The Court has reviewed the R&R and the relevant record and agrees with the

reasoning and recommendations set forth therein. Finding no clear error, the Court **AFFIRMS and ADOPTS** Judge Damian's R&R (ECF No. 74). It is hereby **ORDERED and ADJUDGED** that the IANUA Defendants' Motion to Dismiss (**ECF No. 30**) is **GRANTED** and Plaintiffs' Motion for Leave to Supplement their Response (**ECF No. 54**) is **DENIED**.

**DONE and ORDERED** in Chambers in Miami, Florida, this 1st day of December, 2022.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE
for Marcia G. Cooke, United States District Judge

Copies furnished to:
*Melissa Damian, U.S. Magistrate Judge*
*Counsel of record*